(Slip Opinion)        Cite as: 595 U. S. \_\_\_\_ (2021)        1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 21–588 (21A85)

## UNITED STATES, PETITIONER *v.* TEXAS, ET AL.

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

[December 10, 2021]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted. The application to vacate stay presented to JUSTICE ALITO and by him referred to the Court is denied.

*It is so ordered.*

JUSTICE SOTOMAYOR would grant the application to vacate stay in No. 21A85 and dissents from the dismissal of No. 21–588 as improvidently granted.